

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00623-CV

**IN THE ESTATE OF MARJORIE A. CHILDS**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2014-PC-0056
Honorable Tom Rickhoff, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this court's opinion and judgment of April 20, 2016, are withdrawn and this court's opinion and judgment of this date are substituted in their stead. The trial court's judgment is REVERSED and the case is REMANDED for further proceedings. Costs of this appeal are taxed against appellee Mollie Childs.

SIGNED June 22, 2016.

Luz Elena D. Chapa, Justice